# Exhibit 2

Public Safety
Indiana Archives and Records Administration – County Records Management

| DATE APPROVED BY THE OVERSIGHT COMMITTEE ON PUBLIC RECORDS: <br><br> 3-15-2017 | DIRECTOR/STATE ARCHIVIST, INDIANA COMMISSION ON PUBLIC RECORDS <br><br> SIGNATURE |
|---|---|

Instructions:

1. **Officials should first reference their office-specific retention schedule.** If the form/record series you're looking for is not listed, refer to this County/Local General Retention Schedule (GEN).

2. Nonpermanent records listed on this retention schedule may be destroyed, in accordance with the form's instructions, thirty (30) days after completion and submission of a Notice of Destruction, State Form 44905. The notice must be sent to the secretary of the county commission of public records as determined by IC 5-15-6-1(c) (county clerk or recorder) and to the Indiana Commission on Public Records, cty@icpr.IN.gov, 402 West Washington Street W472, Indianapolis, IN 46204.

3. All permanent records or records **not listed** on these approved retention schedules can be destroyed or transferred only by completing a Request for Permission to Destroy or Transfer Certain Public Records (PR-1), State Form 30505, and by obtaining approval of the County Commission of Public Records and written approval from the Indiana Commission on Public Records.

4. Destruction of all records must be delayed pursuant to an applicable legal hold.


GUIDELINES:
Permanent records may be maintained either in the original format or on microfilm that meets standards outlined in 60 IAC 2 or Administrative Rule 6 (Court Records).

Microfilmed records may be deposited or transferred according to the retention period outlined for that record.

Security/original rolls of microfilm must be stored offsite in a secure location. Duplicate rolls may be used in office.

Electronic records and computer printouts that include data from more than one (1) form must be retained for the longest retention period for all included forms.

Any STATE BOARD OF ACCOUNTS forms approved for use in lieu of prescribed forms are subject to the same retention requirements.

| RECORD SERIES | TITLE/DESCRIPTION | RETENTION PERIOD |
|---|---|---|
| **CASE FILES** | | |
| PSA 17-1 | ALLEGED MURDER, LEVEL 1, AND LEVEL 2 FELONIES - OPEN<br><br>Includes Class A felonies if committed prior to July 1, 2014. Retention based on IC 35-41-4-2(c) and (d). | TRANSFER to ALLEGED MURDER, LEVEL 1, AND LEVEL 2 FELONIES - CLOSED when suspect is arrested. |
| PSA 17-2 | ALLEGED MURDER, LEVEL 1, AND LEVEL 2 FELONIES - CLOSED<br><br>Includes Class A felonies if committed prior to July 1, 2014. Retention based on IC 35-41-4-2(c) and (d). | PERMANENT. MICROFILM according to 60 IAC 2 after the end of the year in which the case is closed. TRANSFER original negative roll to the STATE ARCHIVES DIVISION, ARCHIVES AND RECORDS ADMINISTRATION, after verification of the microfilm for completeness and legibility. DESTROY hard copy records after verification of the microfilm for completeness and legibility. DESTROY agency (duplicate) negative 125 years after case is closed. |
| PSA 17-3 | ALLEGED LEVEL 3, LEVEL 4, AND LEVEL 5 FELONIES - OPEN<br><br>Includes Class B, and Class C felonies if committed prior to July 1, 2014. Retention based on IC 35-41-4-2-(b). | TRANSFER to ALLEGED LEVEL 3, LEVEL 4, AND LEVEL 5 FELONIES - CLOSED when suspect is arrested. |
| PSA 17-4 | ALLEGED LEVEL 3, LEVEL 4, AND LEVEL 5 FELONIES - CLOSED<br><br>Includes Class B, and Class C felonies if committed prior to July 1, 2014. Retention based on IC 35-41-4-2-(b). | PERMANENT. MICROFILM according to 60 IAC 2 after the end of the year in which the case is closed. TRANSFER original negative roll to the STATE ARCHIVES DIVISION, ARCHIVES AND RECORDS ADMINISTRATION, after verification of the microfilm for completeness and legibility. DESTROY hard copy records after verification of the microfilm for completeness and legibility. DESTROY agency (duplicate) negative 125 years after case is closed. |
| PSA 17-5 | ALLEGED LEVEL 6 FELONIES - OPEN<br><br>Includes Class D felonies if committed prior to July 1, 2014. Retention based on IC 35-41-4-2(a)(1). | TRANSFER to ALLEGED LEVEL 6 FELONIES - CLOSED when suspect is arrested. |
| PSA 17-6 | ALLEGED LEVEL 6 FELONIES - CLOSED<br><br>Includes Class D felonies if committed prior to July 1, 2014. Retention based on IC 35-41-4-2(a)(1). | DESTROY after seven (7) years. |
| PSA 17-7 | POLICE REPORTS AND TRACKING FILES<br><br>Includes case reports and logs documenting case activity, investigation, and tracking information within the agency. Includes police reports issued to members of the public. | DESTROY three (3) years after final disposition of case. |
| PSA 17-8 | MISDEMEANORS | DESTROY seven (7) years after suspect is charged. |
| PSA 17-9 | STOLEN VEHICLE REPORTS | DESTROY after ten (10) years. |
| PSA 17-10 | STOLEN LICENSE PLATE REPORTS | DESTROY after three (3) years. |
| PSA 17-11 | EXPUNGEMENT AND RESTRICTED ACCESS REQUESTS<br><br>Expungement orders and requests for restricting access to arrests and reports. | DESTROY expungement orders ten (10) years after order is signed. TRANSFER restricted access requests to the relevant case file and RETAIN for the life of the case file or until access restrictions are lifted. |

| | | |
|---|---|---|
| **COMMUNITY RELATIONS** | | |
| PSA 17-12 | CRIME PREVENTION PROGRAMS<br><br>Records relating to the management of crime prevention programs. Includes, but is not limited to: Crime Stoppers, neighborhood watch, business watch, house watch. | RETAIN three (3) years after the conclusion of the program. |
| PSA 17-13 | PROPERTY REGISTRATION<br><br>Records relating to personal property registered with the agency for recovery if lost or stolen. | RETAIN ten (10) years after the report is filed with law enforcement agency. |
| PSA 17-14 | PERMITS GRANTED<br><br>Records relating to the permits issued by a public safety agency including applications for items to be registered with the agency. | RETAIN for three (3) years after expiration, suspension, or revocation of permit. |
| PSA 17-15 | PERMITS DENIED<br><br>Records relating to denied permits. | RETAIN for three (3) years after application request. |
| PSA 17-16 | RIDE-ALONG PROGRAM<br><br>Records relating to public participation in agency's ride-along programs. | RETAIN for three (3) years after participant's ride along. |
| PSA 17-17 | VEHICLE AND PERSONAL PROPERTY RELEASE RECORDS<br><br>Records relating to the release of vehicles or personal property back to its owner. | DESTROY after three (3) years. |
| **ASSET MAINTENANCE** | | |
| PSA 17-18 | AGENCY-OWNED ANIMALS<br><br>Records relating to horses, dogs, or other animals owned by the agency. Includes, but is not limited to: training, certification, purchasing, registration, assignment, use of animal. | RETAIN for seven (7) years after removal of animal from active service. |
| PSA 17-19 | AGENCY-ISSUED WEAPONS AND ACCESSORIES<br><br>Records relating to the issuance, inspection, and maintenance of weapons and accessories issued by and/or handled by agency personnel. Includes, but is not limited to: firearms, Kevlar protection garments, and non-lethal weapons. | RETAIN for three (3) years after disposal of the weapon or accessory. |
| PSA 17-20 | AGENCY-OWNED VEHICLES<br><br>Records relating to the assignment, inspection, and maintenance of agency-owned vehicles. Includes, but is not limited to: motor vehicles of any size, helicopters, and motorcycles. | RETAIN for three (3) years after vehicle is no longer owned by the agency. |
| **DISPATCH** | | |
| PSA 17-21 | EMERGENCY AND 911 CALLS<br><br>Recordings and transcriptions of calls between a private citizen and a public safety agency or dispatch staff. | DESTROY three (3) YEARS after the call or the conclusion of litigation, whichever is later. |
| PSA 17-22 | ALARM CALL RESPONSE<br><br>Reports documenting a public safety agency's response to alarms. | DESTROY after 90 days without need to file a Notice of Destruction. |
| PSA 17-23 | BUSINESS AND NON-EMERGENCY CALLS<br><br>Reports of non-emergency crimes or incidents received by public safety agencies. Excludes 911 call recordings. Includes police reports issued to members of the public. | DESTROY 90 days after report is received or conclusion of agency action, whichever is later; and without need to file a Notice of Destruction. |

| | | |
|---|---|---|
| PSA 17-24 | RADIO LOGS<br><br>Logs documenting incoming/outgoing emergency radio communications. | DESTROY after 90 days without need to file a Notice of Destruction. |
| PSA 17-25 | RADIO TRANSMISSIONS<br><br>Recordings and transcriptions of radio transmissions between a public safety agency and dispatch staff. | DESTROY after 90 days without need to file a Notice of Destruction. |
| **ADMINISTRATION** | | |
| PSA 17-26 | CRIME STATISTIC REPORTS<br><br>Includes crime statistic reports, maps, grids, announcements, and publications. Also includes any records generated in researching data for the reports. | DESTROY ten (10) years after creation or publication, whichever is later. |
| PSA 17-27 | DAILY BULLETINS<br><br>Includes any records generated by the agency to inform public safety agency staff or the public about current pertinent information. | DESTROY after one (1) year. |
| PSA 17-28 | OFF-DUTY AUTHORIZATIONS<br><br>Records relating to authorizations for public safety officials to perform off-duty law enforcement functions. | DESTROY three (3) years after termination of employment. |
| PSA 17-29 | ROLL CALL RECORDS<br><br>Records relating to attendance at agency briefings, meetings, and other agency activities. | DESTROY after one (1) year. |
| PSA 17-30 | EVIDENCE AND PROPERTY ROOM RECORDS<br><br>Records documenting the intake, management, and disposition of property acquired by the agency as evidence or for safekeeping. Does not include the evidence itself. | DESTROY five (5) years after final disposition of property. |
| PSA 17-31 | AGENCY INTERNAL AFFAIRS INVESTIGATION FILES (SUBSTANTIATED)<br><br>Records relating to the internal review and investigation of agency employee conduct and/or allegation of misconduct or violation of agency rules/regulations, or local, state, or federal law where charges are sustained and formal agency discipline is imposed. Excludes criminal investigation files otherwise covered in this retention schedule. Excludes documentation in individual employee file. | DESTROY ten (10) years after completion of disciplinary action or conclusion of investigation, whichever is later. |
| PSA 17-32 | AGENCY INTERNAL AFFAIRS INVESTIGATION FILES (UNSUBSTANTIATED)<br><br>Records relating to the internal review and investigation of agency employee conduct and/or allegation of misconduct or violation of agency rules/regulations, or local, state, or federal law where charges are sustained and formal agency discipline is imposed. Excludes criminal investigation files otherwise covered in this retention schedule. Excludes documentation in individual employee file. | DESTROY three (3) years after completion of investigation. |

| PSA 17-33 | LAW ENFORCEMENT RECORDINGS<br><br>Includes vehicle dash camera and body camera video from law enforcement agencies or divisions, as well as footage from any agency that is found to depict illegal activity. Retention Based upon IC 5-14-3-5.3. | DESTROY after 190 days unless one of the following conditions occurs before that time period elapses:<br><br>(1) If an eligible party under IC 5-14-3-5.1(a) has requested a longer retention, or a complaint regarding a law enforcement activity depicted in the footage has been made, DESTROY two (2) years after the date of recording.<br><br>(2) If the agency receives notice, actual or constructive, that evidence was captured resulting in a timely notice of tort claim under IC 34-13-3-8, DESTROY three (3) years after action accrues.<br><br>(3) If litigation occurs for which the record is admitted into evidence, the record becomes the responsibility of the court and is subject to Indiana Rules of Court, Administrative Rule 7. |
|---|---|---|
| PSA 17-34 | BACKGROUND CHECK REQUEST LOG & REPORTS | DESTROY after three (3) years. |
| PSA 17-35 | ARRESTEE FINGERPRINT RECORDS | PERMANENT. MICROFILM or DIGITIZE according to 60 IAC 2 STANDARDS. Original fingerprints may be retained in office, transferred to the County Archives or destroyed upon receipt of written approval from the INDIANA ARCHIVES AND RECORDS ADMINISTRATION. |
| PSA 17-36 | COPIES OF REQUESTED POLICE REPORTS | DESTROY after one (1) year. |
| PSA 17-37 | COPIES OF UNIFORM CRIME REPORTS (UCR)<br><br>Agency's copy of UCR reports submitted to the FBI. | DESTROY after three (3) years. |
| PSA 17-38 | SUBPOENA REQUESTS | DESTROY after four (4) years. |
| **CORRECTIONS AND JAILS** | | |
| PSA 17-39 | INMATE CUSTODY FILE (18 AND OVER)<br><br>Records documenting the custody of inmates. Includes, but is not limited to: intake, booking, transfer, release, background information and criminal history, correspondence, disciplinary records, inmate grievances and related records, requests for special dietary requirements, and legal records (arrest cards, court records, extradition, victim notification, etc.). | DESTROY ten (10) years after termination of incarceration. |
| PSA 17-40 | INMATE CUSTODY FILE (UNDER 18)<br><br>Records documenting the custody of inmates. Includes, but is not limited to: intake, booking, transfer, release, background information and criminal history, correspondence, disciplinary records, inmate grievances and related records, requests for special dietary requirements, and legal records (arrest cards, court records, extradition, victim notification, etc.). | RETAIN ten (10) years after termination of incarceration or seven (7) years after inmate attains age 18, whichever is later. |
| PSA 17-41 | COMMISSARY ORDERS<br><br>Orders submitted by inmates for the purchase of commissary items. | RETAIN for three (3) years after the date of order or State Board of Accounts audit, whichever is later. |

| | | |
|---|---|---|
| PSA 17-42 | FOOD SERVICES<br><br>Records relating to meals and food programs provided to the inmate population. Includes, but is not limited to, menus and inventory. Excludes special dietary requirements also contained in the Inmate Custody File (PSA 17-39 or PSA 17-40). | RETAIN for three (3) years after the date of order or State Board of Accounts audit, whichever is later. |
| PSA 17-43 | INMATE MEDICAL RECORDS (18 AND OVER)<br><br>Records maintained by the facility on all medical and health information for individual inmates. Excludes records also contained in the Inmate Custody File (PSA 17-39 Confidential. Disclosure of these records may be affected by IC 5-14-3-4(a)(9) and the discretion of a public agency per IC 5-14-3-4(b)(8) and 29 CFR 1630.14(b)(1). | DESTROY seven (7) years after provision of health-related services. |
| PSA 17-44 | INMATE MEDICAL RECORDS (UNDER 18)<br><br>Records maintained by the facility on all medical and health information for individual inmates. Excludes records also contained in the Inmate Custody File (PSA 17-40) Confidential. Disclosure of these records may be affected by IC 5-14-3-4(a)(9) and the discretion of a public agency per IC 5-14-3-4(b)(8) and 29 CFR 1630.14(b)(1). | RETAIN until inmate attains age 23 or seven (7) years after termination of incarceration, whichever is later. |
| PSA 17-45 | INMATE PROPERTY, MAIL, ACTIVITY, AND SURVEILLANCE LOGS<br><br>Logs documenting inmate activity or movement on each floor, block or unit; surveillance and monitoring of individual or groups of inmates for security purposes; inspection and review of mail and property sent both to and from inmates. | DESTROY five (5) years after log entry. |
| PSA 17-46 | INMATE GRIEVANCE LOGS<br><br>Logs documenting grievances received from inmates. | DESTROY five (5) years after log entry. |
| PSA 17-47 | INMATE POPULATION COUNTS | PERMANENT. MICROFILM or DIGITIZE according to 60 IAC 2 STANDARDS. Original may be retained in office, transferred to the County Archives or destroyed upon receipt of written approval from the INDIANA ARCHIVES AND RECORDS ADMINISTRATION. |
| PSA 17-48 | WORK RELEASE RECORDS | DESTROY six (6) years after release of individual from the final discharge of custody. |
| PSA 17-49 | INMATE TRUST FUND RECORDS | DESTROY ten (10) years after the end of the State Fiscal Year and after receipt of State Board of Accounts Audit Report and satisfaction of unsettled charges. |
| PSA 17-50 | ROUTINE INCIDENT REPORTS AND LOGS<br><br>Logs documenting visitor sign-in/sign-out, daily jail inspections, incident reports, and other routinely-generated record. | DESTROY five (5) years after log entry. |
| PSA 17-51 | HOME DETENTION FILES | DESTROY six (6) years after release of individual from final discharge of custody. |
| **TRAFFIC ENFORCEMENT** | | |
| PSA 17-52 | AUTOMATED TRAFFIC CAMERAS (INFRACTION ISSUED)<br><br>Images captured by automated traffic safety cameras. | DESTROY one (1) year after exhaustion of appeals process. |

| PSA 17-53 | AUTOMATED TRAFFIC CAMERAS (INFRACTION NOT ISSUED)  Images captured by automated traffic safety cameras. | DESTROY 30 days after verification that no infraction was captured, without need to file a Notice of Destruction. |
|---|---|---|
| PSA 17-54 | IMPOUND LOGS  Includes, but is not limited to, reports from tow-truck operators, impound records, and notices. | DESTROY three (3) years after log entry. |
| PSA 17-55 | CASE PACKETS, TRAFFIC INFRACTIONS (MOVING & NON-MOVING VIOLATIONS) | RETAIN for three (3) years after the date of order or payment, whichever is later, and after State Board of Accounts audit. Retention subject to IC 5-15-6-3. |
| PSA 17-56 | ACCIDENT REPORTS  Accident reports issued by law enforcement. | DESTROY three (3) years after completion of investigation, case, or civil legal matter and after all legal appeals are exhausted. If criminal charges are filed, follow the appropriate retention series (PSA 17-1 through PSA 17-6). |
| **EMT** | | |
| PSA 17-57 | AMBULANCE RUN REPORTS  Retention based on 836 IAC 1-1-5(c). | DESTROY seven (7) years after ambulance run. |
| **FIREFIGHTER** | | |
| PSA 17-58 | INSPECTIONS AND CERTIFICATIONS  Records of inspection, release, and approval by fire department for requirements such as Certificates of Occupancy, residential fire detection (smoke detectors) certification for transfer of title, and other regulations or municipal ordinances. | DESTROY ten (10) calendar years after completion of the related certification or inspection. |
| PSA 17-59 | ALARM SYSTEMS  Inspection and testing records for individual alarm systems. May include systems testing and certification documentation, inspection records, service contracts and reports, permits, diagrams, site information, emergency contact lists, and correspondence. | DESTROY ten (10) years after event or filing date, whichever is later. |
| PSA 17-60 | VIOLATION/COMPLAINT FILES  Notification record of violations and complaints relating to the Fire Safety Code. May include time, name, address, and location of violation/complaint, complaint summaries, investigation reports, disposition, and departmental follow-ups. | DESTROY three (3) years after the conclusion of investigation of complaint or violation, if any. If no investigation, destroy three years after complaint or alleged violation. |
| **FORENSIC SERVICE AGENCIES** | | |
| PSA 17-61 | VALIDATION AND PROFICIENCY TESTS  Results or reports of any testing or experimentation performed by the agency. This applies to the copy retained by the agency performing the tests. | DESTROY ten (10) years after test results are completed. |
| PSA 17-62 | LABORATORY ACCREDITATION  Files include calibration, calibration check records, forensic equipment validation studies, forensic efficiency tests, forensic audits, reagent/instrument logs. | DESTROY five (5) years after creation of record . |

| | | |
|---|---|---|
| PSA 17-63 | FORENSIC ANALYSIS CASE FILES<br><br>Uniform Crime Report - Type One crimes. | PERMANENT. RETAIN in office, TRANSFER to the County Archives or after MICROFILMING or DIGITIZATION according to 60 IAC 2 STANDARDS or after IMAGING according to IARA standards, DESTROY original upon receipt of written approval from the INDIANA ARCHIVES AND RECORDS ADMINISTRATION. |
| **MERIT BOARDS** | | |
| PSA 17-64 | INVESTIGATIVE RECORDS OF MISCONDUCT<br><br>May be Confidential. | PERMANENT. RETAIN in office, TRANSFER to the County Archives or after MICROFILMING or DIGITIZATION according to 60 IAC 2 STANDARDS or after IMAGING according to IARA standards, DESTROY original upon receipt of written approval from the INDIANA ARCHIVES AND RECORDS ADMINISTRATION. |